UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CHAPTER 13 PLAN

Debtor(s): **Jeffrey Lawrence Nelson**
**Rhiannon Denise Nelson**                      Case No:  _8:12-bk-11093_

[ __AMENDED__  Amended (if applicable)] Chapter 13 Plan

**CHECK ONE:**

___X___  The Debtor certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____  The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 5 below. Any nonconforming provisions not set forth in paragraph 5 are deemed stricken.

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of __60__ months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditor's pro-rata under the plan:

A.  $ __1,980.58__     for months __1__  through __60__ ;
B.  $ _____      for months _____ through _____ ;
C.  $ _____      for months _____ through _____ ;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE:** $ __2,500.00__   TOTAL PAID $ __1,000.00__

Balance Due $ __1,500.00__  Payable Through Plan $ __375.00__  Monthly

**3. PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

| Name of Creditor | Total Claim |
|---|---|
| -NONE- | |

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| Name of Creditor | Collateral | Adequate Protection Pmt. in Plan |
|---|---|---|
| Bank of America | 1439 Meres Blvd., Tarpon Springs FL 34689 | 1,080.42 |

**(A) Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Estimated Payment |
|---|---|---|
| Bank of America | 1439 Meres Blvd., Tarpon Springs FL 34689 | 1,080.42 |

---

[1] All references to "Debtor" includes and refers to both of the debtors in a case filed jointly by two individuals.

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Collateral | Arrearages |
|---|---|---|
| Bank of America | 1439 Meres Blvd., Tarpon Springs FL 34689 | 18,102.10 |

**(C) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| -NONE- | | |

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Creditor | Collateral | Ad. Prot Pmt. | Sec. Balance | Interest @ ____%. |
|---|---|---|---|---|
| -NONE- | | | | |

**(E) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Creditor | Collateral | Ad. Prot Pmt. In Plan | Value | Interest @ ____ |
|---|---|---|---|---|
| -NONE- | | | | |

**(F) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. In Plan | Arrearages |
|---|---|---|---|
| -NONE- | | | |

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| GTE Federal Credit Union | 2006 Dodge Ram 2500 - 150,000 miles |
| Pinellas County Tax Collecto | 1439 Meres Blvd., Tarpon Springs FL 34689 |

**(H) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| -NONE- | |

**SECURED-LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| -NONE- | | |

**LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| -NONE- | | | |

**GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $ **21,519.63** .

2

**ADDITIONAL PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate (check one)*

    (a) ____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (b) __X__ shall vest in the Debtor upon confirmation of the Plan.

    *If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions:


**/s/ Jeffrey Lawrence Nelson**      Debtor            Dated: **September 17, 2013**

**/s/ Rhiannon Denise Nelson**       Debtor            Dated: **September 17, 2013**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 17, 2013, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system. I certify that the foregoing document was served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized or do not receive electronically Notices of Electronic Filing.

PALMA LAW GROUP, P.A.

/s/ *Alexis M. Palma*
ALEXIS M. PALMA, ESQUIRE
FBN: 0011716
5510 Roosevelt Blvd.
Clearwater, FL 33760
(727) 669-3909-telephone
(727) 669-3933-facsimile
alexis@palmalawgroup.com
*Attorney for the Debtors*

```
Label Matrix for local noticing          Bank of America, N.A.                    Christiana Trust, A Division of Wilmington S
113A-8                                   Florida Foreclosure Attorneys, PLLC      Kent D. McPhail
Case 8:12-bk-11093-CPM                   c/o Frank J. Gomez, Esquire              126 Government Street
Middle District of Florida               601 Cleveland Street, #690               Mobile, AL 36602-3109
Tampa                                    Clearwater, FL 33755-4171
Tue Sep 17 16:43:14 EDT 2013
                                         Rhiannon Denise Nelson
Jeffrey Lawrence Nelson                  1439 Meres Blvd.                         Pinellas County Tax Collector(TW)
1439 Meres Blvd.                         Tarpon Springs, FL 34689-2880            PO Box 4006
Tarpon Springs, FL 34689-2880                                                     Seminole, FL 33775-4006


      Santander Consumer USA             Bank of America                          (p)BANK OF AMERICA
P.O. Box 560284                          450 American St.                         PO BOX 982238
Dallas, TX 75356-0284                    Simi Valley, CA 93065-6285               EL PASO TX 79998-2238



Bank of America, N.A.                    Christiana Trust, A Division of Wilmington   Department of Revenue
c/o Frank J. Gomez, Esquire              c/o Carrington Mortgage Services, LLC    PO Box 6668
Florida Foreclosure Attorneys, PLLC      1610 E. St. Andrew Pl Ste B150           Tallahassee, FL 32314-6668
601 Cleveland Street, Suite 690          Santa Ana CA 92705-4931
Clearwater, FL 33755-4171

FFCC-Columbus                            FIA Card Services, N.A. as successor to  GTE Federal Credit Union
P.O. Box 20790                           Bank of America, N.A. (USA)              P.O. Box 172539
Columbus, OH 43220-0790                  and MBNA America Bank, N.A.              Tampa, FL 33672-0539
                                         4161 Piedmont Parkway (NC4 105 03 14)
                                         Greensboro, NC 27410-8110

Internal Revenue Service                 Medical Data Systems, Inc.               PHG Financial Recovery Svcs
P.O. Box 7346                            2001 9th Avenue                          P.O. Box 26282
Philadelphia, PA 19101-7346              Suite 312                                Tampa, FL 33623-6282
                                         Vero Beach, FL 32960-6413


Pinellas County Tax Collector            Pinellas County Tax Collector            Quantum3 Group LLC as agent for
PO Box 4006                              c/o Robin Ferguson, Tax Mgr              Capio Partners LLC
Clearwater, FL 33758-4006                PO Box 4006                              PO Box 788
                                         Seminole, FL 33775-4006                  Kirkland, WA  98083-0788


Quest Diagnostics                        SUNCOAST SCHOOLS FCU                     Santander Consumer USA
c/o Credit Collection Serv               ATTN: COL 002                            8585 N. Stemmons Fwy
P.O. Box 55126                           PO BOX 11904                             Suite 1000
Boston, MA 02205-5126                    TAMPA, FL 33680-1904                     Dallas, TX 75247-3822


Suncoast Schools Fed Cr Un               Jon Waage +                              Alexis Palma +
P.O. Box 11904                           P O Box 25001                            Palma Law Group
Tampa, FL 33680-1904                     Bradenton, FL 34206-5001                 5510 Roosevelt Blvd
                                                                                  Clearwater, FL 33760-3438


Kent D McPhail +                         Lawrence K Bowen Jr+                     Frank Jose Gomez +
Dumas & McPhail LLC                      204 37th Avenue North                    Florida Foreclosure Attorneys, PLLC
126 Government Street                    Suite 313                                4855 Technology Way, Suite 500
Mobile, AL 36602-3109                    Saint Petersburg, FL 33704-1416          Boca Raton, FL 33431-3352
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982238
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lawrence Kendall Bowen

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30